| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Waites, John E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of South Carolina | 3. Date of Report<br><br>5/5/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge - Chief Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court - District of South Carolina<br>145 King Street, Room 225<br>Charleston, SC 29401 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of South Carolina School of Law |
| 2. | Adjunct Professor of Law | Charleston School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/5/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | University of South Carolina School of Law, teaching | $4,500.00 |
| 2. | 2011 | Charleston School of Law, teaching | $9,550.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | [redacted] - salary |
| 2. | 2011 | [redacted] - salary |
| 3. | 2011 | [redacted] - salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/20/2011 - 1/22/2011 | Hilton Head Island, SC | Annual Convention | Registration fee |
| 2. | National Conference of Bankruptcy Judges | 4/3/2011 - 4/5/2011 | Palm Desert, CA | Seminar | Registration fee, lodging, transportation, meals |
| 3. | Southeastern Bankruptcy Law Institute | 414/2011 - 4/16/2011 | Atlanta, GA | Seminar | Registration fee |
| 4. | South Carolina Bankruptcy Law Association | 5/20/2011 - 5/22/2011 | Myrtle Beach, SC | Seminar | Lodging, Registration fee, meals |
| 5. | Turnaround Management Association | 6/2/2011 - 6/4/2011 | Palm Coast, FL | Seminar | Lodging, registration fee, meals, transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Waites, John E. | 5/5/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | South Carolina Association for Justice | 8/4/2011 - 8/5/2011 | Hilton Head Island, SC | Seminar | Lodging, registration fee |
| 7. | National Association of Bankruptcy Trustees | 9/21/2011 - 9/23/2011 | Hilton Head Island, SC | Seminar | Lodging, registration fee, transportation, meals |
| 8. | National Conference of Bankruptcy Judges | 10/11/2011 - 10/15/2011 | Tampa, FL | Annual Conference | Transportation, lodging, registration fee, meals |
| 9. | South Carolina Defense Trial Attorneys' Association | 11/3/2011 - 11/6/2011 | Amelia Island, FL | Seminar | Lodging, registration fee, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/5/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney Individual Acct. Money Fund | A | Interest | J | T | | | | | |
| 2. S.C. Deferred Comp. Plan 401K/Profit Sharing | A | Interest | J | T | | | | | |
| 3. Brokerage Acct. #1 - IRA Advisory Acct | A | Dividend | K | T | | | | | |
| 4. -Dreyfus Liquid Assets Fund | A | Interest | J | T | | | | | |
| 5. -Alliance Bernstein Intl. Value Fund | A | Dividend | J | T | | | | | |
| 6. -American Century Heritage Fund | A | Dividend | J | T | | | | | |
| 7. -Artisan Mid Cap Fund | A | Dividend | J | T | | | | | |
| 8. -William Blair International Fund | A | Dividend | J | T | | | | | |
| 9. -Columbia Marsico 21st Century Fund | A | Dividend | J | T | | | | | |
| 10. -Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 11. -Growth Fund of America | A | Dividend | J | T | | | | | |
| 12. -Janus Contrarian Fund | A | Dividend | J | T | | | | | |
| 13. -Lazard Emerging Markets | A | Dividend | J | T | | | | | |
| 14. -Loomis Bond Fund | A | Dividend | J | T | | | | | |
| 15. -Lord Abbett Fundamental Equity Fund | A | Dividend | J | T | | | | | |
| 16. MFS Intermediate -Income Trust (MIN) | A | Dividend | J | T | | | | | |
| 17. -Oppenheimer International Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pinco Real Return Fund | A | Dividend | J | T | | | | | |
| 19. -Powershares DB Commodity Index | A | Dividend | J | T | | | | | |
| 20. -Royce Opportunity Fund | A | Dividend | J | T | | | | | |
| 21. -Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/5/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Waites**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544